IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:06cr6TSL-AGN

LEROY DANIEL WOODARD
SAMANTHA WOODARD

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Indictment against Leroy Daniel Woodard and Samantha Woodard, without prejudice.

DUNN LAMPTON
United States Attorney

By:   /s/ Dave Fulcher
DAVE FULCHER
Assistant U.S. Attorney
MS Bar No. 10179

Leave of Court is granted for the filing of the foregoing dismissal without prejudice.

ORDERED this 23rd day of June, 2006

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE